IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00181-RBJ-MJW

MULTI-COLOR CORPORATION,

Plaintiff and Counter-Claim Defendant,,

v.

GRAPHIC PACKAGING INTERNATIONAL, INC.,

Defendant and Counterclaimant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Multi-Color Corporation's Notice of Withdrawal of Motion to Quash Subpoena Issued to Non-Testifying Expert (docket no. 9) is GRANTED and Multi-Color Corporation's Motion to Quash Subpoena Issued to Non-Testifying Expert (docket no. 1) is WITHDRAWN.

      It is FURTHER ORDERED that the parties shall use the correct case number in all future filings with the court.  The correct case number is 12-cv-00181-**RBJ**-MJW and not  12-cv-00181-**RPM**-MJW.  The district judge assigned to this case is R. Brooke Jackson [RBJ] and not Richard P. Matsch [RPM].

Date:  February 14, 2012